IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **POPLAR POINTE PROFESSIONAL CENTER CONDOMINIUM ASSOCIATION INC.,** <br> Plaintiff, <br><br> vs. <br><br> **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, a foreign corporation, <br><br> And <br><br> **HOME-OWNERS INSURANCE COMPANY**, a foreign corporation, <br> Defendants. | **Civil Action File No.:** <br> **1:19-cv-03224-WMR** |

## JOINT CONSENT STIPULATION

COMES NOW, Poplar Pointe Professional Center Condominium, Plaintiff in the above-styled action, by and through its attorney, and with consent of both Defendants, hereby files this Stipulation dismissing with prejudice all of its claims against both Defendants pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties condition the effectiveness of this Stipulation based on this Court entering an order retaining jurisdiction to enforce

1

the settlement between the parties. *Anago Franchising, Inc. v. Shaz, LLC*___ F.3d ____, 2012 U.S. App. LEXIS 8168 (11th Cir. Apr. 23, 2012).

Respectfully submitted this 8th day of February, 2021.

/s/ *J. Remington Huggins*
Georgia Bar No: 348736
Michael D. Turner
Georgia Bar No.: 216414
110 Norcross Street
Roswell, GA 30075
(678) 414-0524
Remington@lawhuggins.com
mdturner@lawhuggins.com

**Counsel for Poplar Pointe**

CONSENTED TO BY:

DREW ECKL & FARNHAM, LLP
/s/ *Karen K. Karabinos*
Georgia Bar No. 423906
303 Peachtree Street, Suite 3500
Atlanta, GA 30308
Phone: (404) 885-1400
kkarabinos@deflaw.com

**Counsel for Travelers**

/s/ *Michael C. Kendall*
Georgia Bar No.: 414030
3152 Golf Ridge Blvd., Suite 201
Douglasville, GA 30135
Phone: (770) 577-3559
mckendall@kendallmandell.com

**Counsel for Home-Owners Insurance Company**